IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                           No. 4:13CV498 JLH

REAL PROPERTY AND RESIDENCE
LOCATED AT 5012 N. 6th STREET,
BLYTHEVILLE, ARKANSAS; *et al*                                              DEFENDANTS

## ORDER OF DISMISSAL

The unopposed motion of the United States requesting dismissal of this action (Doc. 47) is granted. This case is, therefore, dismissed with prejudice. All parties will bear their own costs and attorney's fees.

SO ORDERED this 3d day of November 2015.

_____
HON. J. LEON HOLMES
United States District Judge